McGREGOR W. SCOTT
United States Attorney
MARK J. McKEON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED
SEP 12 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-MJ-00155-SAB |
|---|---|
| Plaintiff, | WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| MICHAEL L. CROCKER, | DATE: September 12, 2018<br>TIME: 2:00 p.m.<br>COURT: Hon. Stanley A. Boone |
| Defendant. | |

Michael L. Crocker, J.I.D. No. 1585066, an inmate, and a necessary and material witness on his own behalf in proceedings in this case on September 12, 2018, is confined at the Fresno County Jail, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a writ commanding the custodian to produce the inmate in the United States Courthouse, 2500 Tulare Street, Fresno, California on September 12, 2018, at 2:00 p.m.

///

///

///

///

///

///

///

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

1

1     ACCORDINGLY, IT IS ORDERED that a writ issue, under the seal of this court, commanding
2 the Warden to produce the inmate named above to testify in United States District court at the time and
3 place above, and from day to day until completion of court proceedings or as ordered by the court.
4 FURTHER, the Warden has been ordered to notify the court of any change in custody of the inmate and
5 has been ordered to provide the custodian with a copy of the writ.

IT IS SO ORDERED

Dated: 9/12/2016

HON. STANLEY A. BOONE
United States Magistrate Judge

WRIT OF HABEAS CORPUS AD TESTIFICANDUM      2